**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TIMMY LEE HALLUM JR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **NO. 3:25-cv-00384** |
| | ) |
| **LELAND DUDEK, ACTING** | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY ADMINISTRATION** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

On June 11, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Timmy Hallum Jr.'s motion for judgment based on the administrative record and affirm the Commissioner's decision. (Doc. No. 15). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 14 days of service. (<u>Id.</u> at 28). The deadline to object was June 25, 2026. Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); <u>see also</u> <u>Ashraf v. Adventist Health Sys./Sunbelt, Inc.</u>, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.").

Having reviewed the R&R de novo, the Court finds no clear error and agrees that the Commissioner's decision is supported by substantial evidence. Accordingly, the R&R (Doc. No.

15) is **APPROVED AND ADOPTED**. The motion for judgment based on the administrative record (Doc. No. 9) is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2